```
Priority    ___
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFONZO PICKENS,

        Plaintiff,

v.

R. WONG, WARDEN,

        Defendant.

CASE NO. CV 06-7245-AG (PJW)

ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: JANUARY 18, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\PICKENS, A 7245\Order accep r&r.wpd