Priority  
Send ✓  
Enter ✓  
Closed  
JS-5/JS-6 ✓  
JS-2/JS-3  
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO PICKENS, | Case No. CV 06-7245-AG (PJW) |
| Plaintiff, | |
| v. | JUDGMENT |
| R. WONG, WARDEN, | |
| Defendant. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: JANUARY 18, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\PICKENS, A 7245\Judgment.wpd